UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

THE BOARD OF ADMINISTRATION
OF THE DETROIT TOOLING
ASSOCIATION—UAW RETIREMENT
INCOME PLAN, and THE DETROIT
TOOLING ASSOCIATION—UAW
RETIREMENT INCOME PLAN,
DETROIT TOOLING ASSOCIATION,
ON BEHALF OF ITSELF, ITS SUCCESSORS,
AND ITS MEMBERS,

      Plaintiffs,

v

THE INTERNATIONAL UNION,
UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL
IMPLEMENTS WORKERS OF AMERICA,
ON BEHALF OF ITSELF, AND ITS MEMBERS,

      Defendants.

Case No. 2:13-cv-14528-RHC-LJM

Hon. Robert H. Cleland

---

Mark S. Allard (P38164)
Gary J. Mouw (P69236)
Varnum LLP
Attorneys for Plaintiffs
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
msallard@varnumlaw.com
gjmouw@varnumlaw.com

---

**CERTIFICATE OF SERVICE**

I, Mark S. Allard, being first duly sworn, deposes and says that on the 6th day of November, 2013, I caused to be served a copy of the **Complaint for Declaratory Judgment and Equitable Relief**, by depositing in our interoffice mail to be delivered and sent via Certified Mail, upon the following parties:

> Secretary of Labor
> c/o U.S. Department of Labor
> 200 Constitution Avenue, NW
> Washington, DC 20210
>
> Secretary of the Treasury
> c/o Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220

I declare that the statements above are true to the best of my information, knowledge and belief.

*/s/ Mark S. Allard*
Mark S. Allard (P38164)
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
msallard@varnumlaw.com

6611157_1.DOCX

2