**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE BOARD OF ADMINISTRATION OF THE
DETROIT TOOLING ASSOCIATION—UAW
RETIREMENT INCOME PLAN, et al.,

    Plaintiffs,

v.                                             Case No. 13-14528

THE INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENTS WORKERS
OF AMERICA, on behalf of itself, and its
members,

    Defendant.
                                                   /

**ORDER ADMINISTRATIVELY CLOSING CASE AND SETTING STIPULATED
JUDGMENT DEADLINE**

On May 20, 2014, the court held an off-the-record status conference with the parties. The parties informed the court that they continue to pursue settlement, and anticipate filing a stipulated motion for judgment, along with supporting affidavits, in the coming months. The court is satisfied that further court supervision is, at this point, unnecessary, and will therefore administratively close this case during the pendency of the parties' negotiations. Thus,

IT IS ORDERED that the parties are DIRECTED to submit a stipulated judgment with supporting affidavits by **July 31, 2014.** If more time is necessary to pursue settlement, the parties shall notify the court's case manager, who will adjust the deadline, within reasonable limits, accordingly.

In the meantime, the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only.  **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.**   If, at any time, either party wishes to reopen this case they may file a "Notice of Reopening," whereupon the case will be immediately reopened, with all rights preserved as of the date of this order.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 28, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 28, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522